IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELD LEWIS,<br><br>   Plaintiff,<br><br>v.<br><br>OKLAHOMA DEPARTMENT OF CORRECTIONS,<br><br>   Defendant. | Case No. CIV-22-00412-PRW |

## ORDER

This matter is before the Court on United States Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 6). The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Mitchell's Report and Recommendation (Dkt. 6) *de novo* and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation (Dkt. 6) and **DISMISSES WITHOUT PREJUDICE** the action for Plaintiff's failure to timely serve Defendant or to show cause for lack of service.

**IT IS SO ORDERED** this 20th day of April 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE